UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 26-4229 JGB (BFM)** | Date | July 29, 2026 |
|---|---|---|---|
| Title | ***Kevin Bersavid Giron Arana v. ICE Field Office Director*** | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: Order (1) ENJOINING Respondents from Transferring Petitioner; and (2) DIRECTING Respondents to File a Response to Petitioner's Motion for a Temporary Restraining Order (Dkt. No. 2) (IN CHAMBERS)**

On July 28, 2026, Petitioner Kevin Bersavid Giron Arana ("Petitioner") filed a petition for writ of habeas corpus ("Petition") and motion for a temporary restraining order ("Motion"). (Dkt. Nos. 1, 2.)

To preserve the Court's jurisdiction pending a ruling in this matter, the Court **ORDERS** that Petitioner shall not be removed from the United States unless and until the Court orders otherwise. See California Energy Com'n v. Johnson, 767 F.2d 631, 634 (9th Cir. 1985) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to issue writs of mandamus necessary to protect their prospective jurisdiction.").

Further, in light of Petitioner's interest in participating in further proceedings before this Court and in maintaining adequate access to these proceedings, it is further **ORDERED** that Petitioner shall not be transferred except to a facility within this District absent further order from this Court. See United States v. United Mine Workers of Am., 330 U.S. 258, 293 (1947) (concluding that the district court "had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief"); Belbacha v. Bush, 520 F.3d 452, 455-56 (D.C. Cir. 2008) (invoking the All Writs Act, 28 U.S.C. § 1651, and noting that if a case presents a "substantial jurisdictional question . . . a district court may act to preserve its jurisdiction while it determines whether it has jurisdiction"); Garcia-Izquierdo v. Gartner, No. 04-CV-7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) (observing that, under the All Writs Act, 28

U.S.C. § 1651, a district court "may order that a petitioner's deportation be stayed . . . when a stay is necessary to preserve the Court's jurisdiction of the case").

It is further **ORDERED** that Respondents file a response to the Motion **by July 31, 2026**.

**IT IS SO ORDERED**.