UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 5:26-cv-04229-JGB-BFM **Date:** August 14, 2026

**Title:** *Kevin Bersavid Giron Arana v. ICE Field Office Director*

==========================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) Order Re: Supplemental Briefing**

The Court has received the Petition, in which Petitioner Kevin Bersavid Giron Arana challenges his immigration detention based upon due process violations, among other claims. (ECF 1 ("Pet.").) Petitioner also filed an application for a temporary restraining order. (ECF 2.)

Respondents filed their opposition to the temporary restraining order application and attached Petitioner's I-213 form. (ECF 8, 8-1.) The I-213 form states that Petitioner was apprehended by U.S. Border Patrol April 11, 2024, the same day as his entry into the United States, and "was not inspected, admitted or paroled by an Immigration Officer." (ECF 8-1 at 2; *see also* ECF 1 at 17 (Notice to Appear stating that Petitioner was not admitted or paroled).) Petitioner was apparently released into the United States, however, where he applied for asylum and was re-detained in 2026. (Pet. at 2; ECF 8-1 at 2-3.) Nothing in the Petition or in the Answer clarifies whether Petitioner was on some form of parole between 2024 and 2026.

Given the lack of clarity regarding Petitioner's entry or parole, and Petitioner's pro se status, Respondents shall file supplemental briefing on or before **August 19, 2026** clarifying the circumstances of Petitioner's April 11,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 5:26-cv-04229-JGB-BFM **Date:** August 14, 2026

**Title:** *Kevin Bersavid Giron Arana v. ICE Field Office Director*

=================================================================

2024, entry and detention, and, in particular, whether he was released on some form of parole between 2024 and 2026.

**IT IS SO ORDERED**.

cc: Kevin Bersavid Giron Arana, pro se
Counsel of record

Initials of Preparer: ch