**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

KEVIN BERSAVID GIRON ARANA,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

No. 5:26-cv-04229-JGB-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and the objections to the Report and Recommendation.[1] The Court accepts the

[1] The Court finds that no response by Petitioner is necessary. Respondent's arguments are repetitive of the arguments it made in the initial answer, which Petitioner has already had an opportunity to respond to. (*See* ECF 8.) Additionally, Petitioner has received the remedy requested and allowing further time to respond would lengthen Petitioner's unconstitutional detention. *See Herrera v. Lyons,* No. 5:26-cv-00971-FLA-AJR, 2026 WL 859172, at *4 n.2 (C.D. Cal. Mar. 16, 2026), report and recommendation adopted, No. 5:26-CV-00971 -FLA (AJR), 2026 WL 854125 (C.D. Cal. Mar. 27, 2026) (finding that extending the time for Petitioner to respond under Local

recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. The Petition is granted as to Petitioner's due process claim;

3. Petitioner Kevin Bersavid Giron Arana (A# 249-415-658) shall be immediately released on reasonable conditions;

4. Respondents shall file a status report within two business days of this Order confirming their compliance with the Court's order;

5. The remaining claims in the Petition are denied as moot, in light of the relief granted on Petitioner's procedural due process claim; and

6. Upon confirmation that Petitioner has been released, the Court will enter judgment consistent with this Report and Recommendation.

DATED: August 31, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

---

Rule 72-3.4 would "cause the absurd and perverse result of forcing Petitioner to wait an extra six days to vindicate his fundamental liberty interest in receiving a bond hearing.").