JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

KEVIN BERSAVID GIRON ARANA,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

No. 5:26-cv-04229-JGB-BFM

**JUDGMENT**

On August 31, 2026, the Court issued an Order accepting the Report and Recommendation, granting the petition and ordered Petitioner Kevin Bersavid Giron Arana (A# 249-415-658) immediately released on reasonable conditions. (ECF 18 at 2.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 19.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: September 3, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE